IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES LYONS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF DOTHAN, ALA., *et al*., )<br>)<br>    Defendants. ) | CIVIL ACT. NO. 1:20-cv-35-ECM<br>(WO) |

**MEMORANDUM OPINION and ORDER**

On October 20, 2020, the Magistrate Judge entered a Recommendation (doc. 14) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the Defendants' motion to dismiss (doc. 6) is GRANTED, and this case is DISMISSED.

A separate Final Judgment will be entered.

Done this 4th day of December, 2020.

                                                /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE